No. 696. ELGIN, JOLIET & EASTERN RAILWAY Co. *v.* O'DONNELL, ADMINISTRATRIX. C. A. 7th Cir. Certio-

rari denied. *Harlan L. Hackbert* for petitioner. *Joseph D. Ryan* and *Louis P. Miller* for respondent.